IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVERY MIGUEL PERRY, SR.,** : | **CIVIL ACTION** |
| *Plaintiff* : | |
| : | |
| v. : | NO. 22-CV-2206 |
| : | |
| **SCOTT C. McINTOSH, ESQ.,** : | |
| *Defendant* : | |

**O R D E R**

**AND NOW**, this 8th day of June, 2022, upon consideration of Plaintiff Avery Miguel Perry Sr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is hereby **ORDERED** that:

1. Motion to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED, without prejudice**, for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*